# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TRACEY L. HARRISON,

    Plaintiff,

v.                                        Case No:   6:23-cv-2009-ACC-LHP

OVIEDO MEDICAL CENTER, LLC,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR CONDUCT MEDIATION VIA ZOOM (Doc. No. 21)**
>
> **FILED:** **January 10, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Upon review, the motion fails to comply with Local Rule 3.01(a) because it does not include a memorandum of legal authority in support. The motion also fails to comply with Local Rule 3.01(g) and nowhere states Defendant's position on the request. A renewed motion, which must be filed within **seven (7) days** of this

Order, must fully comply with the Local Rules. Alternatively, by this same deadline, Plaintiff shall file notice of a new mediation to be conducted in person. *See* Doc. No. 20. Counsel is reminded that all applicable Local Rules and Court Orders must be complied with in full.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties